1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID BENNETT,                        No.  2:24-cv-1776 CKD P

12              Plaintiff,

13       v.                                ORDER

14   JOSEPH GOCKE, et al.,

15              Defendants.

16

17          Plaintiff, a county inmate currently confined at Patton State Hospital, has filed a civil

18   rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma

19   pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave

20   to proceed in forma pauperis on the form used by this district.  Accordingly, plaintiff's

21   application will be dismissed and plaintiff will be provided the opportunity to submit the

22   application on the appropriate form.  Plaintiff is cautioned that he must also provide a certified

23   copy of his prison trust account statement for the six month period immediately preceding the

24   filing of his complaint.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

27          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

28   Forma Pauperis By a Prisoner; and,

                                              1

3.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  August 7, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/benn1776.3d