UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH GOCKE, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-01776 DC CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 6, 8, 11, 15) |

Plaintiff David Bennett, a county prisoner proceeding *pro se* and *in forma pauperis* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2025, the magistrate judge filed findings and recommendations recommending that this case be dismissed because it is duplicative of the claims Plaintiff raised in *Bennett v. Federal Bureau of Investigation, et al.*, No. 2:24-cv-01038-KJM-SCR (E.D. Cal.). (Doc. No. 12.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4–5.) On June 12, 2025, Plaintiff filed objections to the pending findings and recommendations. (Doc. No. 14.) Plaintiffs' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiffs' objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 28, 2025 (Doc. No. 11) are adopted in full;
2. Plaintiff's complaint (Doc. No. 1) is dismissed with prejudice as duplicative;
3. Plaintiff's pending motions (Doc. Nos. 6, 8, 15) are DENIED as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __September 27, 2025__

Dena Coggins
United States District Judge